# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| David Ham, et al., ) | |
| Plaintiffs, ) | |
| vs. )No. 11-0102-CV-W-FJG | |
| Redline Recovery Service, LLC, ) | |
| Defendant. ) | |

### CLERK'S ORDER OF DISMISSAL

On the 12th day of August, 2011, the parties herein having filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Ann Thompson, Clerk of Court

/s/ Rhonda Enss

By    Rhonda Enss
Deputy Clerk

Date: August 17, 2011